| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Bruce W. Radowtiz, Esq<br><br>636 Chestnut Street<br>Union, New Jersey 07083<br>(908) 687-2333<br>BRUCE W. RADOWITZ, ESQ.<br>Attorney for Debtor | **Order Filed on July 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>WILLIAM R. BLESSING | Case No: 18-21940<br><br>Adv. No.:<br><br>Hearing Date: 7/10/2018<br><br>Judge: RG |

## ORDER CONTINUING THE AUTOMATIC STAY
## AS TO ALL CREDITORS

      The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: July 17, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

DEBTORS:  WILLIAM R. BLESSING
CASE NO:  **18-21940**

ORDER CAPTION:  **ORDER CONTINUING THE AUTOMATIC STAY AS TO ALL CREDITORS**

**THIS MATTER** having been opened by the court by way of motion of Bruce W. Radowitz, Esq., counsel to the Debtors, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED,** that the Automatic Stay as to all creditors, is continued for the duration of the case, and further

**ORDERED**, that a copy of this order be served to all parties.