UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce W. Radowtiz, Esq

636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

In Re:

WILLIAM R. BLESSING

Order Filed on July 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-21940

Adv. No.:

Hearing Date: 7/10/2018

Judge: RG

# ORDER CONTINUING THE AUTOMATIC STAY
## AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: July 17, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

DEBTORS:   WILLIAM R. BLESSING
CASE NO:   **18-21940**

ORDER CAPTION:   **ORDER CONTINUING THE AUTOMATIC STAY
AS TO ALL CREDITORS**

    **THIS MATTER** having been opened by the court by way of motion of Bruce W. Radowitz, Esq., counsel to the Debtors, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

    **ORDERED,** that the Automatic Stay as to all creditors, is continued for the duration of the case, and further

    **ORDERED**, that a copy of this order be served to all parties.

United States Bankruptcy Court
District of New Jersey

In re:  
William R. Blessing, III  
    Debtor

Case No. 18-21940-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 20, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.  
db        +William R. Blessing, III,   821 North Avenue, West,    Westfield, NJ 07090-1471

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:  
         Bruce W. Radowitz     on behalf of Debtor William R. Blessing, III bradowitz@comcast.net, r45676@notify.bestcase.com  
         Charles G. Wohlrab     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-9T1) cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         Denise E. Carlon     on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald     on behalf of Creditor    Fifth Third Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Rebecca Ann Solarz     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-9T1) rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                           TOTAL: 7